# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 08-3820

_____

Hunter R. Levi,                                  *
                                                 *
            Appellant,                           *
                                                 *
      v.                                         *   Appeal from the United States
                                                 *   District Court for the
Anheuser-Busch Companies, Inc.;                  *   Western District of Missouri.
August Busch; Mark Bobak; Joseph                 *
Sellinger; John Jacob; Patrick Stokes;           *        [UNPUBLISHED]
Michael Harding; Steven Busch;                   *
Randolph Baker; August Busch, IV;                *
Sabrina Wrenn; Jeff Pitts, and others;           *
Andrew Taylor; Douglas Warner;                   *
Carlos Fernandez; Charles Knight;                *
Vilma Martinez; Vernon Loucks;                   *
Joyce Roche; James Jones; James                  *
Forsee; Henry Hugh Shelton; Edward               *
Whitacre; Richard Gephardt; James                *
Hoffa; Winston & Strawn; Aerotek,                *
Inc., and others,                                *
                                                 *
            Appellees.                           *

_____

Submitted: December 28, 2009
Filed: January 14, 2010

_____

Before MURPHY, COLLOTON, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Hunter Levi appeals the district court's[1] dismissal of a civil action he brought based on diversity jurisdiction, asserting wrongful termination and other claims. Upon de novo review, see Schaaf v. Residential Funding Corp, 517 F.3d 544, 549 (8th Cir.), cert. denied, 129 S. Ct. 222 (2008), we find no basis for reversal. We also conclude that there is no merit to Levi's assertion that the district court had a conflict of interest. Accordingly, we affirm. See 8th Cir. R. 47B.

_____

---

[1]The Honorable Richard E. Dorr, United States District Judge for the Western District of Missouri.